# MINUTE ORDER

Page 3

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**    Date: 12/20/2021   Time: 2:00 p.m.

Defendant: 1) CARLOS DANIEL CARRILLO   J#: 02645-506   Case #: 21-MJ-4360-MCALILEY

AUSA: Frank Tamen   Attorney: Sogol Ghomeshi

Violation: CONSPIRACY TO PWID A CONTROLLED SUBSTANCE WHILE ON BOARD A VESSEL SUBJECT TO THE JURISDICTION OF THE U.S

Arrest Date: 12/17/2021   YOB: 1998

Proceeding: Initial Appearance   CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:

**Bond Set**: $250,000 corporate surety with nebbia   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant sworn – **AFPD APPOINTED**
The parties STIPULATE to bond, with the right to revisit – **NO HEARING HELD**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
**Preliminary/Arraignment:** 1/3/2022   10:00   Miami Duty
Status Conference RE:
D.A.R. 14:14:15   Time in Court: 4

s/Edwin G. Torres   Magistrate Judge